ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
TAMAR KOUYOUMJIAN (CA SBN 254148)
Assistant United States Attorney
   Room 7211, Federal Building
   300 North Los Angeles Street
   Los Angeles, California  90012
   Telephone:  (213) 894-7388
   Facsimile:  (213) 894-0115
   Email: tamar.kouyoumjian@usdoj.gov

Attorneys for United States of America

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 17 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ORIGINAL

LODGED

2011 NOV 15   AM 11:
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Petitioner,

   vs.

RICHARD T. HOWARD,

           Respondent.

Case No. SACV11-1758-JVS(MLGx)

[PROPOSED] ORDER TO SHOW CAUSE

    Upon the Petition and supporting Memorandum of Points and

Authorities, and the supporting Declaration to the Petition, the

Court finds that Petitioner has established its *prima facie* case

for judicial enforcement of the subject Internal Revenue Service

("IRS" and "Service") summonses.  *See* United States v. Powell,

379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir.

1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir.

1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir.

1    1995) (the Government's *prima facie* case is typically made

2    through the sworn declaration of the IRS agent who issued the

3    summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233

4    (9th cir. 1993).

5        **THEREFORE, IT IS ORDERED** that Respondent appear before this

6    District Court of the United States for the Central District of

7    California in Courtroom No. *10C* ,

8    ____    United States Courthouse
             312 North Spring Street,
9            Los Angeles, California 90012

10

11   ____    Roybal Federal Building and United States Courthouse
             255 E. Temple Street,
12           Los Angeles, California 90012

13

14   ✓ ____  Ronald Reagan Federal Building and United States Courthouse
             411 West Fourth Street,
15           Santa Ana, California 92701

16

17   ____    Brown Federal Building and United States Courthouse
             3470 Twelfth Street, Riverside, California 92501

18

19   on **January 23, 2012**, at 10:00 a.m.

20   and show cause why the testimony and production of books, papers,

21   records and other data demanded in the subject Internal Revenue

22   Service summonses should not be compelled.

23        **IT IS FURTHER ORDERED** that copies of this Order, the

24   Petition, Memorandum of Points and Authorities, and accompanying

25   Declaration be served promptly upon Respondent by any employee of

26   the Internal Revenue Service or by the United States Attorney's

27   Office, by personal delivery, or by leaving copies of each of the

28   foregoing documents at the Respondent's dwelling or usual place

                                    2

1   of abode with someone of suitable age and discretion who resides

2   there, or by certified mail.

3      **IT IS FURTHER ORDERED** that within ten (10) days after

4   service upon Respondent of the herein described documents,

5   Respondent shall file and serve a written response, supported by

6   appropriate sworn statements, as well as any desired motions.

7   If, prior to the return date of this Order, Respondent files a

8   response with the Court stating that Respondent does not desire

9   to oppose the relief sought in the Petition, nor wish to make an

10   appearance, then the appearance of Respondent at any hearing

11   pursuant to this Order to Show Cause is excused, and Respondent

12   shall be deemed to have complied with the requirements of this

13   Order.

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    **IT IS FURTHER ORDERED** that all motions and issues raised by
2    the pleadings will be considered on the return date of this
3    Order.   Only those issues raised by motion or brought into
4    controversy by the responsive pleadings and supported by sworn
5    statements filed within ten (10) days after service of the herein
6    described documents will be considered by the Court.   All
7    allegations in the Petition not contested by such responsive
8    pleadings or by sworn statements will be deemed admitted.
9
10   DATED:    11.16.11      _____
11                          United States District Judge
12   Presented By:
13   ANDRÉ BIROTTE JR.
     United States Attorney
14   SANDRA R. BROWN
     Assistant United States Attorney
15   Chief, Tax Division
16
17
18   TAMAR KOUYOUMJIAN
     Assistant United States Attorney
19   Attorneys for United States of America
     Petitioner
20
21
22
23
24
25
26
27
28